UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CR-201-BR -1



UNITED STATES OF AMERICA,

VS.  **ORDER**

JOURDEN TAIREE SHEPARD.

IT IS HEREBY ORDERED that the following government exhibits admitted into evidence on July 12, 2021, be turned over to the case agent, Brad Reader, to be retained in his custody until this case is completed, including any matters on appeal:

| Exhibit No. | Description |
| --- | --- |
| 4 | Marijuana Blunt |
| 5 | Evidence Envelope with Crack Cocaine |
| 6 | Evidence Envelope with Fentanyl |
| 7 | Evidence Envelope with Cash |
| 7A | Evidence Envelope with Cash |
| 7B | Evidence Envelope with Cash |
| 8 | Glock 17 Firearm |
| 12 | Samsung Cellphone |
| 13 | iPhone Cellphone |

This 12 day of July, 2021.

W. Earl Britt
Senior U.S. District Judge

Agent's signature: _____